

**IT IS ORDERED as set forth below:**

**Date: November 17, 2015**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN THE MATTER OF:            )        CASE NO.: 15-60977 - PMB
David Vincent Dubiansky,     )
                             )        CHAPTER: 13
        Debtor.              )

### ORDER ON FEE APPLICATION CONTAINING OBJECTION DEADLINE

Before the Court is the Application of Debtor's Counsel for Compensation filed on October 30, 2015 (Docket No. 29). The Court previously dismissed this Chapter 13 case before the confirmation by Order entered on Sepember 1, 2015 (Docket No. 26). Thereafter, the Chapter 13 Trustee filed a Motion for Direction Regarding Disposition of Undistributed Funds of $503.76 on October 2, 2015 (Docket No. 28). In the Application, Counsel asserts that it is entitled to a base fee of $3,400 based on the Attorney-Client Agreement signed by Debtor, the Disclosure of Compensation (Bankruptcy Rule 2016(b) Statement) filed on June 12, 2015, and Paragraph 4(B) of the Chapter 13 plan filed onJune 16, 2015 (Docket No. 8). Counsel seeks to be paid its fees as an administrative expense in connection with the representation of Debtor in this case from the remaining balance of pre-dismissal funds currently held by the Chapter 13 Trustee of $386.26.

Upon review of the Application, the foregoing, and the docket in this case, it is

**ORDERED** that any objections to the Application must be filed with the Clerk of this Court and served on Debtor's Counsel and the Chapter 13 Trustee **by December 15, 2015** (the "Objection Deadline").  It is

**FURTHER ORDERED** that if no objections are timely filed by the Objection Deadline, the attorney's fees as requested in the Application are **approved** to the extent of pre-dismissal funds in this case in the possession of the Chapter 13 Trustee as of the Objection Deadline, and such approved fees **shall be paid** by the Chapter 13 Trustee from those funds, good and adequate cause for same having been demonstrated.  It is

**FURTHER ORDERED, AND NOTICE IS HEREBY GIVEN,** that if an objection to the Application is filed on or before the Objection Deadline, a hearing will be held on the **17th day of December 2015 at 2:00 o'clock p.m. in Courtroom 1202, United States Courthouse, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia**, at which time the Court will consider the Application and said objections.

The Clerk is directed to serve a copy of this Order upon Debtor, Debtor's Counsel, the Chapter 13 Trustee, the United States Trustee, and all parties requesting notice in this case.

**[END OF DOCUMENT]**

PREPARED BY:

 /s/_____
 Alaina Joseph
GA Bar No.  940583
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com
Attorney for Debtor